UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GS HOLISTIC LLC,

    Plaintiff,

v.

WESTLAND HOOKAH &
TOBACCO, INC., D/B/A WESTLAND
HOOKAH TOBACCO, *et al.*,

    Defendants.
_____/

Case No. 24-cv-12630
Hon. Linda V. Parker

## **OPINION AND ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME (ECF No. 13)**

This matter is before the Court on the parties' third joint motion for extension of time to file answer to complaint. (ECF No. 13.) For the reasons stated below, the motion is **GRANTED**. However, the Court again notes that the Defendant Westland Hookah & Tobacco, Inc. d/b/a/ Westland Hookah Tobacco ("Westland") was not represented in the instant motion. As the Court previously noted, Westland must be represented by counsel to appear in this proceeding. If Westland does not retain counsel, the Court **may strike its defenses**. (*See* ECF No. 11.)

The Court further finds that the joint motion for extension of time to answer complaint is warranted as it is not made in bad faith and will not cause undue delay. However, this is the third request for an extension of time, and the instant request

was filed well after the April 16, 2025 answer deadline had passed. There have been two prior extensions in this case and, including the extension currently sought, the answer deadline will have been extended by over three months. Given the length of the total delay, Court will not grant any further extensions of the answer deadline.

For the foregoing reasons,

**IT IS ORDERED** that that Defendants' time to answer the Plaintiff's complaint is extended to May 30, 2025. **No further extensions shall be granted**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 1, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 1, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager